1048

No. 79–5711. SAYLOR *v.* OVERBERG, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied. 

No. 79–5715. GERSON *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 79–5717. TAYLOR *v.* DALSHEIM, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied. 

No. 79–5720. STONECIPHER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 79–5730. CRANE *v.* YOUNGER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–5748. WRAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 79–5766. DOBY *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. 

No. 79–5771. GRINDSTAFF *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 79–5786. LANCELIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 79–5787. MONTOYA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–5796. HILL ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–5810. SHANKS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 79–777. VERMONT *v.* WILLIAMS. Sup. Ct. Vt. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.